UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80163-Cr-Ryskamp/Hopkins

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

GRISSELLE MORALES,

          Defendant.   /



## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on July 1, 2009, for a final hearing on a Superseding Petition on alleged violation of supervised release. The defendant is charged with violation of her supervised release:

5. Violation of Special Condition, by failing to successfully complete the intensive residential program at CARP.

On or about May 24, 2009, the defendant was unsuccessfully discharged from CARP.

6. Violation of Standard Condition, by failing to follow the instructions of the probation officer.

On May 27, 2009, Supervising Probation Officer Nancy Colon instructed the defendant to report in person on that date and the defendant failed to report until May 28, 2009. On May 28, 2009, Supervising Probation Officer Nancy Colon instructed the defendant to call Probation Officer Joan Balis on June 1, 2009, and the defendant failed to call on that date.

The Defendant consulted with counsel and admitted to violating the conditions of her supervised release. The Court found that the Defendant voluntarily and knowingly admitted to violating the conditions of her supervised release. Based upon this finding, this Court recommends to the District Court that GRISSELLE MORALES be found in violation of **her supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B) and (C), the parties shall serve and file written objections, if any, with the Honorable Kenneth L. Ryskamp, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 1st day of July, 2009.

_____
**LINNEA R. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

a:   The Honorable Kenneth L. Ryskamp
     Kerry Baron, AUSA
     Federal Public Defender
     Joan Balis, USPO