UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80163 -CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Grisselle Morales

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge Linnea R. Johnson on July 1, 2009.

The court has considered the Report and Recommendation, the pertinent parts of the record, the defendant's written objections, and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The Sentencing on Violation of Supervised Release is set for September 17, 2009 at 1:30 P.M. .

**DONE and ORDERED** in West Palm Beach, this _29_ day of July, 2009.

_____
**KENNETH L. RYSKAMP**
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
        USPO